## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY M. WILSON, | CASE NO. 3:13-cv-02401-GBC |
| Plaintiff, | |
| | (MAGISTRATE JUDGE COHN) |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING THE CASE FOR FURTHER PROCEEDINGS |
| Defendant. | |
| | Docs. 1, 6, 7, 9, 12 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1.     The Clerk of Court shall enter judgment in favor of Joy M. Wilson and against the Commissioner as set forth in the following paragraph.

2.     The decision of the Commissioner of Social Security denying Joy M. Wilson social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing;

Appropriately evaluate Joy M. Wilson's credibility;

Appropriately evaluate the opinion of Dr. Jeffrey Chimahosky, D.O. and, if necessary, elicit further medical opinion regarding Joy M. Wilson's residual functional capacity.

3.     The Clerk of Court shall close this case.

Dated: August 19, 2014

s/Gerald B. Cohn_____
GERALD B. COHN
UNITED STATES MAGISTRATE JUDGE